IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-31312
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENNETH JAMES MARTIN,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 98-CR-60010-All
--------------------
December 6, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Kenneth James Martin appeals his conviction for possession
with the intent to distribute cocaine.  He argues that the
evidence was insufficient to prove that he had possession of the
cocaine.  The evidence included the testimony of the cooperating
individual who supplied the cocaine, the two officers who
glimpsed Martin holding a white object, the testimony of the
officer who overheard Martin instructing the cooperating
individual to throw him the cocaine, and the slow-motion playback
of the video recording of the outside of the motel.  From this

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

evidence, a reasonable juror could find beyond a reasonable doubt that Martin possessed the cocaine.  See United States v. Ramirez, 963 F.2d 693, 701-02 (5th Cir. 1992).

AFFIRMED.